1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11
                          ----oo0oo----
12
LANORA MCGILL,
13                                    NO. CIV.S-09-2002 FCD GGH
           Plaintiff,
14                                    ORDER AND ORDER TO SHOW CAUSE
      v.                              RE SANCTIONS
15
WACHOVIA MORTGAGE BANK, FSB,
16 et. al.,

17           Defendants.

18                        ----oo0oo----

19      1.   The hearing on Defendants Wachovia Mortgage Bank, FSB

20 and American Mortgage Network, Inc.'s Motion to Dismiss (Docket

21 #15) is continued to February 12, 2010, at 10:00 a.m.  Plaintiff

22 shall file and serve its opposition brief or notice of non-

23 opposition no later than January 29, 2010.  The Defendants may

24 file and serve a reply on or before February 5, 2010.

25      2.   Plaintiff's counsel is ordered to show cause why he

26 should not be sanctioned in the amount of $150.00 for failing to

27 file an opposition or notice of non-opposition to defendants'

28 motion in compliance with Local Rule 230(c).

1    3.    Plaintiff's counsel shall file his response to the

2 order to show cause on or before January 29, 2010.

3    4.    A hearing on the order to show cause, if necessary,

4 will follow the hearing on the Motion.

5    IT IS SO ORDERED.

6 DATED: January 5, 2010

7

8                                        _____

9                                        FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2